UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No.4:06CR415SNL/TCM |
| ARMENDARIZ ALEXANDER, | ) | |
| Defendant. | ) | |

### ORDER

After receiving and carefully reviewing the objections to the United States Magistrate Judge's Report and Recommendation (#22), filed August 24, 2006,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Thomas C. Mummert, III's Report and Recommendation (#19), filed August 16, 2006, is **SUSTAINED, ADOPTED** and **INCORPORATED** herein. Upon review of the Magistrate Judge's Report and Recommendation, and the evidentiary hearing transcript, as well as relevant caselaw, the Court concurs with the Magistrate Judge's findings and recommendation.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence (#16) be and is **DENIED.**

**IT IS FINALLY ORDERED** that defendant's motion to suppress statements (#16) be and is **DENIED.**

Dated this __30th__ day of August, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE